UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  0:14-cv-61263-DPG/WCT

MAKO SURGICAL CORP., a Delaware
Corporation, and ALL-OF-INNOVATION
GMBH, a German corporation,,

        Plaintiffs,

vs.

BLUE BELT TECHNOLOGIES, INC., a
Pennsylvania corporation,

        Defendant.
_____/

## NOTICE OF COMPLIANCE

Plaintiffs Mako Surgical Corp. and All-Of-Innovation GmbH hereby give notice that they have served a copy of their Disclosure of Asserted Claims and Infringement Contentions upon counsel for Defendant Blue Belt Technologies, Inc. in compliance with this Court's Patent Pretrial Order [ECF 13].

        Respectfully submitted,

Dated:  July 1, 2014        BY: /s/ Humberto H. Ocariz
        Humberto H. Ocariz, Esq.
        Florida Bar No.: 740860
        hocariz@shb.com
        **SHOOK, HARDY & BACON LLP**
        Miami Center, Suite 3200
        201 South Biscayne Blvd.
        Miami, FL 33131
        Telephone: (305) 358-5171
        Facsimile: (305) 358-7470

        and

728388 v1

Wesley E. Overson, Esq. (*Pro hac vice*)
woverson@mofo.com
Danielle Coleman, Esq. (*Pro hac vice*)
dcoleman@mofo.com
Elizabeth A. Patterson, Esq. (*Pro hac vice*)
epatterson@mofo.com
**MORRISON & FOESTER, LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

and

Wendy J. Ray, Esq. (*Pro hac vice*)
wray@mofo.com
**MORRISON & FOESTER, LLP**
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Counsel for MAKO Surgical Corp and All-Of-Innovation GMBH

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing is being served this day on all counsel of record or pro se parties identified in the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive Notices of Electronic Filing.

                              BY: /s/ Humberto H. Ocariz
                                   Humberto H. Ocariz

728388 v1

## SERVICE LIST

Humberto H. Ocariz, Esq.
hocariz@shb.com
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
(Service via CM/ECF)

Wesley Overson, Esq.[*]
WOverson@mofo.com
Danielle Coleman, Esq.[*]
DColeman@mofo.com
Elizabeth Patterson, Esq.[*]
EPatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
(Service via CM/ECF)

Wendy Ray, Esq.[*]
WRay@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
(Service via CM/ECF)

*Attorneys for Plaintiffs MAKO Surgical Corp. and All-Of-Innovation GmbH*

James A. Gale, Esq.
jgale@feldmangale.com
Richard Guerra, Esq.
rguerra@feldmangale.com
**Feldman Gale, P.A.**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309
(Service via CM/ECF)

Wayne M. Barsky, Esq.[†]
wbarsky@gibsondunn.com
Stuart M. Rosenberg, Esq.[†]
srosenberg@gibsondunn.com
Timothy P. Best, Esq.[†]
tbest@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 552-7010
(Service via email)

Josh Krevitt, Esq.[†]
jkrevitt@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390
(Service via email)

*Attorneys for Defendant Blue Belt Technologies, Inc.*

---

[*] Admitted *pro hac vice*.
[†] *Pro hac vice* pending.

728388 v1