**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 14-cv-61263-DPG

MAKO SURGICAL CORP., a Delaware
Corporation , and ALL-OF-INNOVATION
GMBH, a German corporation,

                Plaintiffs,

vs.

BLUE BELT TECHNOLOGIES, INC., a
Pennsylvania corporation,

                Defendant.
_____/

**AGREED MOTION FOR ENLARGEMENT
OF TIME TO FILE SCHEDULING REPORT**

Plaintiffs MAKO Surgical Corp. and All-Of-Innovation GmbH and defendant Blue Belt Technologies, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move the Court to enter and order enlarging the time for the parties to file their Joint Scheduling Report, and state:

On Wednesday, July 9, 2014, the parties met telephonically to confer regarding the preparation of a Joint Scheduling Report and proposed scheduling order pursuant to the Court's June 16, 2014 Paperless Pretrial Order [ECF No. 11]. Since that time, Blue Belt amended its answer and asserted new counterclaims. Although the parties have been working diligently on the Joint Scheduling Report, the parties need additional time to complete the preparation of the report and proposed scheduling order. The parties therefore request a brief, seven-day enlargement of time to file their Joint Scheduling Report and a proposed scheduling order.

1

730907

As of the filing of this agreed motion, the time for the parties to submit their Joint Scheduling Report has not yet expired. *See* Fed. R. Civ. P. 6(b)(1)(A) (authorizing the Court to grant an enlargement of time upon request before the expiration of the original time for compliance). None of the parties have previously requested an enlargement of time for the filing of the Joint Scheduling Report and this motion is being filed in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Court grant an enlargement of time for the parties to prepare and file their Joint Scheduling Report and a proposed scheduling order until Monday, July 28, 2014.

Dated:  July 21, 2014                               Respectfully submitted,

/s/ Michael A. Holt                    
Humberto H. Ocariz
hocariz@shb.com
Florida Bar No.: 740860
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Wesley Overson (*Pro hac vice*)
WOverson@mofo.com
Danielle Coleman (*Pro hac vice*)
DColeman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
EPatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Wendy Ray (*Pro hac vice*)
WRay@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Plaintiffs*
*MAKO Surgical Corp. and*
*All-Of-Innovation GmbH*

/s/ James A. Gale
**FELDMAN GALE LLP**
James A. Gale
Florida Bar No. 371726
Email: jgale@feldmangale.com
Richard Guerra
Florida Bar No. 689521
Email: rguerra@feldmangale.com
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No. (305) 358-5001
Facsimile No. (305) 358-3309

**GIBSON, DUNN & CRUTCHER LLP**
Josh Krevitt *(Admitted Pro Hac Vice)*
Email: jkrevitt@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone No. (212) 351-4000
Facsimile No. (212) 351-4035

**GIBSON, DUNN & CRUTCHER LLP**
Wayne M. Barsky *(Admitted Pro Hac Vice)*
Email: wbarsky@gibsondunn.com
Timothy P. Best *(Admitted Pro Hac Vice)*
Email: tbest@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067
Telephone No. (310) 557-8500
Facsimile No. (310) 552-7010

**GIBSON, DUNN & CRUTCHER LLP**
Stuart M. Rosenberg *(Admitted Pro Hac Vice)*
Email: srosenberg@gibsondunn.com
1881 Page Mill Road

Palo Alto, CA 94304
Telephone No. (650) 849-5300
Facsimile No. (650) 849-5333

*Counsel for Defendant Blue Belt Technologies, Inc.*

730907

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   /s/ Michael A. Holt<br>
MICHAEL A. HOLT

730907

## SERVICE LIST

Humberto H. Ocariz
hocariz@shb.com
Florida Bar No.: 740860
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Wesley Overson (*Pro hac vice*)
WOverson@mofo.com
Danielle Coleman (*Pro hac vice*)
DColeman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
EPatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Wendy Ray (*Pro hac vice*)
WRay@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Plaintiffs
MAKO Surgical Corp. and
All-Of-Innovation GmbH*

James A. Gale
Email: jgale@feldmangale.com
Richard Guerra
Email: rguerra@feldmangale.com
**Feldman Gale LLP**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No. (305) 358-5001
Facsimile No. (305) 358-3309

Josh Krevitt *(Pro hac vice)*
Email: jkrevitt@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone No. (212) 351-4000
Facsimile No. (212) 351-4035

Wayne M. Barsky *(Pro hac vice)*
Email: wbarsky@gibsondunn.com
Timothy P. Best *(Pro hac vice)*
Email: tbest@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, CA 90067
Telephone No. (310) 557-8500
Facsimile No. (310) 552-7010

Stuart M. Rosenberg *(Pro hac vice)*
Email: srosenberg@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone No. (650) 849-5300
Facsimile No. (650) 849-5333

*Counsel for Defendant Blue Belt
Technologies, Inc.*

730907