UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-cv-61263-DPG/WCT

MAKO SURGICAL CORP.,
a Delaware corporation,
ALL-OF-INNOVATION GMBH,
a German corporation,

       Plaintiffs,

v.

BLUE BELT TECHNOLOGIES, INC.,
a Pennsylvania corporation,

       Defendant.
_____/

**DEFENDANT'S NOTICE OF SERVING**
**PRELIMINARY INVALIDITY CONTENTIONS**

PLEASE TAKE NOTICE that on August 18, 2014, pursuant to this Court's June 16, 2014 Patent Pretrial Order [DE 13], Defendant Blue Belt Technologies, Inc. ("Blue Belt") served its Preliminary Invalidity Contentions on Plaintiffs Mako Surgical Corp. and All-Of-Innovation GmbH. The parties anticipate that, following the presently scheduled September 3, 2014 Status Conference [DE 33], the Court will issue a pretrial and trial scheduling order that adequately takes into account the current procedural posture of this case (and which aptly considers the proposed deadlines set forth in the parties' joint proposed scheduling report and order [DE 31], including deadlines for the exchange of invalidity contentions). Notwithstanding the foregoing, and in an abundance of caution, Blue Belt has served its Preliminary Invalidity Contentions in compliance with this Court's June 16, 2014 Patent Pretrial Order, but reserves the right to amend these contentions accordingly.

DATED:  August 19, 2014                    Respectfully submitted,

**Feldman Gale, P.A.**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No.  (305) 358-5001
Facsimile No.  (305) 358-3309

By: */s Richard Guerra*
     James A. Gale
     Florida Bar No. 371726
     EMail: jgale@feldmangale.com
     Richard Guerra
     Florida Bar No. 689521
     EMail: rguerra@feldmangale.com

**Gibson, Dunn & Crutcher LLP**
Wayne M. Barsky *(Admitted Pro Hac Vice)*
Email:  wbarsky@gibsondunn.com
Stuart M. Rosenberg (*Admitted Pro Hac Vice*)
Email:  srosenberg@gibsondunn.com
Timothy P. Best (*Admitted Pro Hac Vice*)
Email:  tbest@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone No.  (310) 552-8500
Facsimile No.  (310) 552-7010

**Gibson, Dunn & Crutcher LLP**
Josh Krevitt (*Admitted Pro Hac Vice*)
Email:  jkrevitt@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone No.  (212) 351-4000
Facsimile No.  (212) 351-4035

**Gibson, Dunn & Crutcher LLP**
Stuart M. Rosenberg (*Admitted Pro Hac Vice*)
Email:  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone No.  (650) 849-5300
Facsimile No.  (650) 849-5333

*Counsel for Defendant*
*Blue Belt Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 19, 2014, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s Richard Guerra
Richard Guerra

## SERVICE LIST

*Mako Surgical Corp., et al. v. Blue Belt Technologies, Inc.*
Case No. 14-cv-61263-DPG/WCT
United States District Court, Southern District of Florida

**Shook, Hardy & Bacon LLP**
Humberto H. Ocariz
Email:  hocariz@shb.com
Miami Center, Suite 3200
201 S. Biscayne Boulevard
Miami, FL 33131
Direct Office No.  (305) 960-6939
Office Main No.  (305) 358-5171
Facsimile No.  (305) 358-7470
*Via CM/ECF*

**Morrison & Foerster LLP**
Wendy J. Ray (*Admitted Pro Hac Vice*)
Email:  wray@mofo.com
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone No.  (213) 892-5200
Facsimile No.  (213) 892-5454
*Via CM/ECF*

**Morrison & Foerster LLP**
Wesley E. Overson (*Admitted Pro Hac Vice*)
Email:  woverson@mofo.com
Danielle Coleman (*Admitted Pro Hac Vice*)
Email:  dcoleman@mofo.com
Elizabeth A. Patterson (*Admitted Pro Hac Vice*)
Email:  epatterson@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone No.  (415) 268-7000
Facsimile No.  (415) 268-7522
*Via CM/ECF*

*Counsel for Plaintiffs*
*Mako Surgical Corp., and All-of-Innovation GMBH*