UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 0:14-cv-61263-DPG

MAKO SURGICAL CORP., a Delaware
Corporation, and ALL-OF-INNOVATION
GMBH, a German corporation,

     Plaintiffs,

  vs.

BLUE BELT TECHNOLOGIES, INC., a
Pennsylvania corporation,

     Defendant.
_____/

## SUPPLEMENTAL JOINT SCHEDULING REPORT

  Plaintiffs MAKO Surgical Corp. and All-Of-Innovation GmbH, and Defendant Blue Belt Technologies, Inc., having met and conferred regarding scheduling in the above-styled matter, jointly submit the attached Proposed Scheduling Order.

              Respectfully submitted,

Dated: October 7, 2014    BY: /s/ Humberto H. Ocariz
             Humberto H. Ocariz
             Florida Bar No.: 0740860
             hocariz@shb.com
             **SHOOK HARDY & BACON, LLP**
             201 Biscayne Boulevard, Suite 3200
             Miami, Florida 33131
             PH: (305) 358-5171 / FX: (305) 358-7470

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing is being served this day on all counsel of record or pro se parties identified in the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive Notices of Electronic Filing.

BY: /s/ Humberto H. Ocariz
 Humberto H. Ocariz

3

## SERVICE LIST

Humberto H. Ocariz
hocariz@shb.com
Florida Bar No.: 740860
Michael A. Holt
mholt@shb.com
Florida Bar No.: 91156
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Wesley Overson (*Pro hac vice*)
WOverson@mofo.com
Danielle Coleman (*Pro hac vice*)
DColeman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
EPatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Wendy Ray (*Pro hac vice*)
WRay@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Plaintiffs
MAKO Surgical Corp. and
All-Of-Innovation GmbH*

James A. Gale
Email: jgale@feldmangale.com
Richard Guerra
Email: rguerra@feldmangale.com
**Feldman Gale LLP**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No. (305) 358-5001
Facsimile No. (305) 358-3309


Josh Krevitt *(Pro hac vice)*
Email: jkrevitt@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone No. (212) 351-4000
Facsimile No. (212) 351-4035

Wayne M. Barsky *(Pro hac vice)*
Email: wbarsky@gibsondunn.com
Timothy P. Best *(Pro hac vice)*
Email: tbest@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, CA 90067
Telephone No. (310) 557-8500
Facsimile No. (310) 552-7010

Stuart M. Rosenberg *(Pro hac vice)*
Email: srosenberg@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone No. (650) 849-5300
Facsimile No. (650) 849-5333

*Counsel for Defendant Blue Belt
Technologies, Inc.*