UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  14-CV-61263-DPG/WCT

MAKO SURGICAL CORP., a Delaware
Corporation, and ALL-OF-INNOVATION
GMBH, a German corporation,

          Plaintiffs,

vs.

BLUE BELT TECHNOLOGIES, INC., a
Pennsylvania corporation,

          Defendant,

CARNEGIE MELLON UNIVERSITY, a
Pennsylvania corporation,

          Counterclaim/
          Plaintiff.

_____/

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO STAY PENDING INTER PARTES REVIEW OF THE COUNTERCLAIMANTS' PATENTS-IN-SUIT

PLEASE TAKE NOTICE that Plaintiffs Mako Surgical Corp. and All-of-Innovation GmbH withdraw, without prejudice, their motion to stay pending *inter partes* review of Counterclaimants Blue Belt Technologies' and Carnegie Mellon University's patents-in-suit. (Dkt. 65.)  All of the parties have now reached agreement regarding a stay, and have filed a joint motion to stay and proposed order requesting the Court to stay all claims in the above-captioned action.  (Dkt. 72.)

sf-3506901

Dated:  February 23, 2015

Respectfully submitted,

By: /s/ Humberto H. Ocariz
    Humberto H. Ocariz
    Florida Bar No.: 740860
    hocariz@shb.com
    Michael A. Holt
    Florida Bar No. 91156
    mholt@shb.com
    **SHOOK, HARDY & BACON L.L.P.**
    Miami Center, Suite 3200
    201 South Biscayne Blvd.
    Miami, FL 33131
    Telephone: (305) 358-5171
    Facsimile: (305) 358-7470

and

Wesley E. Overson (*Pro hac vice*)
woverson@mofo.com
Danielle Coleman (*Pro hac vice*)
dcoleman@mofo.com
Elizabeth A. Patterson (*Pro hac vice*)
epatterson@mofo.com
**MORRISON & FOERSTER, LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

and

Wendy J. Ray (*Pro hac vice*)
wray@mofo.com
**MORRISON & FOERSTER, LLP**
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Counsel for MAKO Surgical Corp and All-Of-Innovation GMBH*

sf-3506901

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   /s/ Humberto H. Ocariz
      Humberto H. Ocariz

## SERVICE LIST

Humberto H. Ocariz
hocariz@shb.com
Michael A. Holt
mholt@shb.com
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
(Served via CM/ECF)

Wesley Overson (*Pro hac vice*)
woverson@mofo.com
Danielle Coleman (*Pro hac vice*)
dcoleman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
epatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
(Served via CM/ECF)

Wendy Ray (*Pro hac vice*)
wray@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
(Served via CM/ECF)

*Attorneys for Plaintiffs MAKO Surgical Corp. and All-Of-Innovation GmbH*

James A. Gale
jgale@feldmangale.com
Richard Guerra
rguerra@feldmangale.com
**Feldman Gale LLP**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309
(Served via CM/ECF)

Josh Krevitt (*Pro hac vice*)
jkrevitt@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
(Served via CM/ECF)

Wayne M. Barsky (*Pro hac vice*)
wbarsky@gibsondunn.com
Timothy P. Best (*Pro hac vice*)
tbest@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 557-8500
Facsimile: (310) 552-7010
(Served via CM/ECF)

Stuart M. Rosenberg (*Pro hac vice*)
srosenberg@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
(Served via CM/ECF)

*Counsel for Defendant Blue Belt Technologies, Inc.*

-4-

Jonathan B. Morton
jonathan.morton@klgates.com
Karen P. Finesilver
karen.finesilver@klgates.com
**K & L Gates, LLP**
200 South Biscayne Blvd, Suite 3900
Miami, FL  33131-2370
Telephone:     (305) 539-3300
Facsimile:      (305) 358-7095
(Served via CM/ECF)

Of Counsel:

Patrick J. McElhinny *(pro hac vice pending)*
patrick.mcelhinny@klgates.com
Christopher M. Verdini *(pro hac vice pending)*
christopher.verdini@klgates.com
**K & L Gates,  LLP**
210 Sixth Avenue
Pittsburgh, PA  15222
Telephone:     (412) 355-6500
Facsimile:      (412) 355-6501
(Served via CM/ECF)

*Counsel for Counterclaim-Plaintiff
Carnegie Mellon University*

sf-3506901