**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:  14-CV-61263-DPG/WCT

MAKO SURGICAL CORP., a Delaware
Corporation, and ALL-OF-INNOVATION
GMBH, a German corporation,

               Plaintiffs,

     vs.

BLUE BELT TECHNOLOGIES, INC., a
Pennsylvania corporation,

               Defendant,

CARNEGIE MELLON UNIVERSITY, a
Pennsylvania corporation,

               Counterclaim/
               Plaintiff.

_____/

## JOINT STATUS REPORT REGARDING IPR PETITIONS

       Pursuant to the February 25, 2015, Order Granting Motion to Stay (Dkt. 74), the parties

jointly submit this status report regarding the three petitions for *inter partes* review (IPR).

       1.      On July 30, 2015, the Patent Trial and Appeal Board (PTAB) issued an order

instituting IPR of U.S. Patent No. 6,757,582, under Case No. IPR2015-00629.

       2.      On August 3, 2015, the PTAB issued an order instituting IPR of U.S. Patent No.

7,346,417, under Case No. IPR2015-00765.

       3.      On August 4, 2015, the PTAB issued an order instituting IPR of U.S. Patent No.

6,205,411, under Case No. IPR2015-00630.

       4.      In sum, IPRs will now proceed as to all three patents involved in the suit.

Respectfully submitted through counsel of record,

Dated: August 18, 2015

  s/ James A. Gale
James A. Gale
jgale@feldmangale.com
Florida Bar No. 371726
Richard Guerra
rguerra@feldmangale.com
Florida Bar No. 689521
FELDMAN GALE LLP
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309

Josh Krevitt (*Pro hac vice*)
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Wayne M. Barsky (*Pro hac vice*)
wbarsky@gibsondunn.com
Timothy P. Best (*Pro hac vice*)
tbest@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 557-8500
Facsimile: (310) 552-7010

Stuart M. Rosenberg (*Pro hac vice*)
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendant Blue Belt
Technologies, Inc.*

  s/ Humberto H. Ocariz
Humberto H. Ocariz
HOcariz@shb.com
Florida Bar No.: 740860
Shook Hardy & Bacon LLP
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Wesley Overson (*Pro hac vice*)
WOverson@mofo.com
Danielle Coleman (*Pro hac vice*)
DColeman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
EPatterson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Wendy Ray (*Pro hac vice*)
WRay@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Plaintiffs
MAKO Surgical Corp. and
All-Of-Innovation GmbH*

-2-

*s/ Jonathan B. Morton*
Jonathan B. Morton, Esq.
jonathan.morton@klgates.com
Florida Bar: 956872
Karen P. Finesilver, Esq.
karen.finesilver@klgates.com
Florida Bar 031352
K & L Gates, LLP
200 S Biscayne Blvd, Ste 3900
Miami, FL 33131-2370
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

Patrick J. McElhinny (*pro hac vice pending*)
Pa I.D. #: 53510
patrick.mcelhinny@klgates.com
Christopher M. Verdini (*pro hac vice
pending*)
Pa. I.D. #: 93245
christopher.verdini@klgates.com
K & L Gates, LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Counterclaim-Plaintiff
Carnegie Mellon University*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:  *s/ Humberto H. Ocariz*
Humberto H. Ocariz

sf-3567373

## SERVICE LIST

Humberto H. Ocariz
hocariz@shb.com
Michael A. Holt
mholt@shb.com
**Shook Hardy & Bacon LLP**
Miami Center, Suite 3200
201 South Biscayne Blvd.
Miami, FL 33131
Telephone:     (305) 358-5171
Facsimile:     (305) 358-7470
(Served via CM/ECF)

Wesley Overson (*Pro hac vice*)
woverson@mofo.com
Danielle Coleman (*Pro hac vice*)
dcoleman@mofo.com
Elizabeth Patterson (*Pro hac vice*)
epatterson@mofo.com
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522
(Served via CM/ECF)

Wendy Ray (*Pro hac vice*)
wray@mofo.com
**Morrison & Foerster LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454
(Served via CM/ECF)

*Attorneys for Plaintiffs MAKO Surgical Corp.*
*and All-Of-Innovation GmbH*

James A. Gale
jgale@feldmangale.com
Richard Guerra
rguerra@feldmangale.com
**Feldman Gale LLP**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone:     (305) 358-5001
Facsimile:     (305) 358-3309
(Served via CM/ECF)

Josh Krevitt (*Pro hac vice*)
jkrevitt@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035
(Served via CM/ECF)

Wayne M. Barsky (*Pro hac vice*)
wbarsky@gibsondunn.com
Timothy P. Best (*Pro hac vice*)
tbest@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, CA 90067
Telephone:     (310) 557-8500
Facsimile:     (310) 552-7010
(Served via CM/ECF)

Stuart M. Rosenberg (*Pro hac vice*)
srosenberg@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 849-5300
Facsimile:     (650) 849-5333
(Served via CM/ECF)

*Counsel for Defendant Blue Belt Technologies,*
*Inc.*

sf-3567373

Jonathan B. Morton
jonathan.morton@klgates.com
Karen P. Finesilver
karen.finesilver@klgates.com
**K & L Gates, LLP**
200 South Biscayne Blvd, Suite 3900
Miami, FL  33131-2370
Telephone:      (305) 539-3300
Facsimile:      (305) 358-7095
(Served via CM/ECF)

Of Counsel:

Patrick J. McElhinny *(pro hac vice pending)*
patrick.mcelhinny@klgates.com
Christopher M. Verdini *(pro hac vice pending)*
christopher.verdini@klgates.com
**K & L Gates,  LLP**
210 Sixth Avenue
Pittsburgh, PA  15222
Telephone:      (412) 355-6500
Facsimile:      (412) 355-6501
(Served via CM/ECF)

*Counsel for Counterclaim-Plaintiff*
*Carnegie Mellon University*

-6-